FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM KAGY,<br><br>          Plaintiff,<br><br>     vs.<br><br>RICHARD BARNES, ET AL.,<br><br>          Defendants. | CASE NO. CV 05-08819 VBF (RZ)<br><br>JUDGMENT |

In accordance with the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Defendants' motions for summary judgment are granted in part and the action is dismissed (a) with prejudice as to Plaintiff's federal claims but (b) without prejudice as to Plaintiff's state-law claims.

DATED: 2-8-08

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE